# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI JACKSON DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                              **ACTION NO.3:07CR86DCB-JCS**

**DALE ARCHEY**

## ORDER

This cause having come on to be heard on Plaintiffs' Motion to Release Sealed Documents at the Butner Correctional Complex reports on Dale Archey's psychiatric condition, the Court finds that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiffs' Motion to Release Sealed Documents is hereby GRANTED.

SO ORDERED AND ADJUDGED this the 31st day of august, 2009.

_____
DISTRICT COURT JUDGE