UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

 V.        **CRIMINAL NO. 3:07cr86DCB-FKB-001**

**DALE C. ARCHEY**

<u>AMENDED REVOCATION OF CONDITIONAL</u>

<u>DISCHARGE</u>

The Court having accepted the defendant's adjudication of Not Guilty Only By Reason of Insanity, and having thereafter ordered the defendant committed pursuant to 18 U.S.C. § 4243(a). After a course of psychiatric evaluation and care at United States Medical Center for Federal Prisoners (USMCFP) in Butner, North Carolina and based on the findings of the risk assessment panel, the Court ordered the defendant conditionally released, filed August 18, 2011, in accordance with 18 U.S.C. § 4243(f). The Court ordered the releasee supervised by the United States Probation Office, and ordered the releasee to participate in mental health care in accordance with the conditional release order, as directed by the United States Probation Office through the Mississippi State Hospital Community Services Division.  The Conditional Release Order was modified on August 7, 2014, after the closing of the Mississippi State Hospital Community Services program, to reflect that the defendant's mental health treatment would be provided by Hinds Behavioral Health, with the same conditional release conditions.

The Court, after being petitioned by the U.S. Probation Office advising the releasee was in violation of his conditional discharge by failing to attend all medication management appointments and failing to take all of his medications as prescribed , including injections, and submitting a phencyclidine (PCP) positive urine

screen on April 17, 2015, issued a warrant for the releasee's arrest.

After a hearing held May 18, 2015, the Court finds the releasee has violated his conditional discharge, and orders the releasee remanded to a suitable facility, in accordance with 18 U.S.C. § 4243(g), on the grounds that he has failed to comply with the prescribed regimen of medical, psychiatric, or psychological care or treatment, and his continued release would create a substantial risk of bodily injury to another person or serious damage to property of another.

ORDERED AND ADJUDGED, this the __8th__ day of __June__, 2015.

        __s/ David Bramlette__
        HONORABLE DAVID C. BRAMLETTE III
        SENIOR UNITED STATES DISTRICT JUDGE
        SOUTHERN DISTRICT OF MISSISSIPPI