IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO.: 3:07CR86DCB-FKB-001

DALE C. ARCHEY
REG. NO.: 09312-043

### ORDER OF CONDITIONAL RELEASE

COMES NOW before this Court is the requested Conditional Release of Dale Archey. Mr. Archey was charged in the United States District Court in the Southern District of Mississippi for Unlawful Transportation of Firearms and was adjudicated Not Guilty Only by Reason of Insanity and committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4243, by order filed July 29, 2009. The Court filed an order conditionally releasing the defendant on August 18, 2011. This conditional release was revoked by the Court on May 18, 2015. The Court filed an order conditionally releasing the defendant again on July 29, 2016. This conditional release was again revoked on June 19, 2018.

The Warden at the Federal Medical Center (FMC) in Rochester, Minnesota has now certified to the Court pursuant to 18 U.S.C. § 4243(f)(2), that the respondent no longer suffers from a mental disease or defect such that his conditional release would not create a substantial risk of bodily injury to another person or serious damage to the property of another.

Therefore, it is hereby ORDERED, pursuant to the provisions of 18 U.S.C. § 4243(f), that the respondent be conditionally released under the following specific conditions and regimen of care:

1) Mr. Archey will reside at 7th House Rooming and Boarding House, located at 2052 Bldg. B Robinson Drive Mobile, AL 36605. Mr. Archey will not make any change in his residence without the advance approval of the mental health providers and the final approval of the Supervising U.S. Probation Officer.

2) Mr. Archey will comply with all recommendations of treatment and will comply with all appointments with AltaPointe Health Systems or at another mental health facility as approved by the U.S. Probation Officer. Mr. Archey shall not change mental health providers without advance approval of the U.S. Probation Officer.

3) Mr. Archey is restricted from travel outside the Southern District of Alabama except with the prior approval of the U.S. Probation Officer.

4) Mr. Archey shall comply with psychiatric treatment as directed by the treatment team and the U.S. Probation Office, to include oral and injectable psychotropic medications.

5) While Mr. Archey is in outpatient counseling, he may be admitted to an inpatient facility or placed in a crisis stabilization facility should his treating clinicians or U.S. Probation Officer deem it is necessary for his safety or the safety of the community.

6) Mr. Archey is to abstain from all use of alcohol and other drugs not prescribed by his treatment physician. His treating physician shall notify the U.S. Probation Officer of any changes in the administration of anti-psychotic drugs.

7) Mr. Archey is to submit to urine analysis and other drug testing for the detection of use of controlled substances and to undergo regular and serum blood level screening if ordered by the treating physician and U.S. Probation Officer to ensure abstinence from substances and the maintenance of a therapeutic level of medication.

8) Mr. Archey shall participate in outpatient/inpatient substance abuse counseling as directed by the U.S. Probation Officer, if deemed necessary.

9) Mr. Archey shall not possess any firearms, destructive device, or other dangerous weapons and shall submit to a random search of his person, property, and residence.

10) Mr. Archey shall not commit another federal, state, or local crime.

11) Mr. Archey is to report any contact with any law enforcement officer to the U.S. Probation Officer within 24 hours of the contact.

12) Mr. Archey will be supervised by the U.S. Probation Office to ensure his compliance. Mr. Archey will comply with the standard conditions of the U.S. Probation Office, Southern District of Alabama, including waiving his right to confidentiality regarding his mental health treatment in order to allow sharing of information with the Supervising Probation Officer who will assist in evaluating the ongoing appropriateness of community placement.

13) The medical provider may at any time recommend modification or elimination of the regimen of medical, psychiatric, or psychological care or treatment, upon certification to this Court that to do so would not create a substantial risk of bodily injury to another person or serious damage to the property of another. Any party requesting modification or termination of the Conditions of Release shall submit adequate documentation supporting the request through the Supervisory U.S. Probation Officer, to the Civil Division of the U.S. Attorney's Office for the Southern District of Alabama, for a determination as to whether a motion for release should be filed.

14) Mr. Archey's failure to adhere to any of these conditions will result in him being located, taken into custody, and subsequently reviewed by the federal court of jurisdiction for suitability for continued release to the community.

The Bureau of Prisons shall release the respondent after all release arrangements are satisfactory and complete.

This the 1st day of August, 2022.

DAVID C. BRAMLETTE III
SENIOR UNITED STATES DISTRICT JUDGE